HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Mozingo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-115-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | Date: July 17, 2025 |
| ANTHONY MOZINGO. | Time: 9:00 a.m. |
| Defendants. | Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorneys Jessica Delaney, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Anthony Mozingo, that the Status Conference currently set for July 17, 2025 at 9:00 be continued to September 18, 2025 at 9:00 a.m.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a Status Conference to be held on July 17, 2025 at 9:00 a.m.

2. Mr. Mozingo moves for the Status Conference to be continued to September 18, 2025 at 9:00 a.m.

3. To date, the government has produced 155 pages and 8 audio files in discovery. There are also devices in the government's possession that Mr. Mozingo would

need to review.

4. Mr. Mozingo needs additional time to review discovery, investigate, and otherwise prepare for trial. He was arraigned in May 2025. This is his first continuance request. The government also indicated that it plans to extend a plea offer.

5. For the reasons above, Mr. Mozingo believes that failure to grant the requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance request.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 17, 2025 and September 18, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 9, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Mozingo

Date: July 9, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Jessica Delaney*
JESSICA DELANEY
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference and Exclude Time

-3-

*United States v. Mozingo,*
2:25-CR-115-DJC