| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
|   | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
|   | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |

Attorneys for Defendant
ANTHONY MOZINGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:25-cr-115-DJC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **STATUS CONFERENCE, CONVERT TO** |
|   | ) **CHANGE OF PLEA HEARING AND EXCLUDE** |
| ANTHONY MOZINGO. | ) **TIME** |
|   | ) Date: September 18, 2025 |
| Defendant. | ) Time: 9:00 a.m. |
|   | ) Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Jessica Delaney, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Anthony Mozingo, that the Status Conference currently set for September 18, 2025 at 9:00 be continued to October 2, 2025 at 9:00 a.m. and converted into a Change of Plea Hearing.

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a Status Conference to be held on September 18, 2025 at 9:00 a.m.

2. Mr. Mozingo has accepted the government's plea offer. However, he is housed at Taft and has an appearance waiver on file. The marshals need additional time to transport Mr. Mozingo to court for a change of plea.

3. The parties jointly request that the matter be continued to October 2, 2025, at 9:00 a.m. so that Mr. Mozingo can appear in court.

4. Discovery in the case consists of over 150 pages of documentation, as well as a video recorded interview of the defendant, and the seizure of multiple devices containing contraband, which are made available for review by Defendant's counsel, but which have not been reproduced for defense counsel.

5. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between September 18, 2025 and October 2, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(3)(A), because any period of delay resulting from the absence or unavailability of a defendant is excludable.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 12, 2025        /s/ Hootan Baigmohammadi
                                HOOTAN BAIGMOHAMMADI
                                Assistant Federal Defender
                                Attorneys for ANTHONY MOZINGO


Date: September 12, 2025        ERIC GRANT
                                United States Attorney

                                /s/ Jessica Delaney
                                JESSICA DELANEY
                                Assistant United States Attorney
                                Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date:  September 12, 2025            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE