HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Mozingo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:25CR115-DJC |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **JUDGMENT AND SENTENCING** |
| | ) |
| ANTHONY ROBERT MOZINGO, | ) Date: February 26, 2026 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Daniel J. Calabretta |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Jessica Delaney, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Anthony Mozingo, that the previously scheduled Judgment and Sentencing set for February 26, 2026 be continued to **May 21, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1.      Good cause and compelling circumstances exist to continue Sentencing. First, defense counsel was preparing for trial in another case for the past month. He was unable to devote any time to the instant matter during that period. The trial was set to commence on February 2, 2026. Despite being unexpectedly relieved as counsel in the other matter last week, defense counsel still needs additional time to adequately prepare for Sentencing in the instant matter. Second, defense

Stipulation and Order to Continue Judgment
and Sentencing                                          -1-                        *United States v. Mozingo*,
                                                                                        2:25CR115-DJC

counsel is exploring the possibility of retaining an expert to evaluate Mr. Mozingo for sentencing mitigation purposes. The process to evaluate Mr. Mozingo is estimated to take 2-3 months.

2.    The government does not object to Mr. Mozingo's continuance request.

3.    For the forgoing reasons, the parties jointly request that the Judgment and Sentencing Schedule be modified as follows. U.S. Probation has been consulted and is available.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | April 23, 2026 |
| **Final PSR** | May 7, 2026 |
| **Formal Objections** | April 9, 2026 |
| **Response to Formal Objections** | May 14, 2026 |
| **Judgment and Sentencing** | May 21, 2026 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 2, 2026

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Mozingo

Date: February 2, 2026

ERIC GRANT
United States Attorney

*/s/ Jessica Delaney*
JESSICA DELANEY
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Judgment
and Sentencing                    -2-                    *United States v. Mozingo*,
2:25CR115-DJC

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  February 3, 2026                    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE