HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Mozingo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:25CR115-DJC |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **JUDGMENT AND SENTENCING** |
| vs. | ) |
| | ) Date: May 21, 2026 |
| ANTHONY ROBERT MOZINGO, | ) Time: 9:00 a.m. |
| | ) Judge: Daniel J. Calabretta |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Jessica Delaney, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Anthony Mozingo, that the previously scheduled Judgment and Sentencing set for May 21, 2026 be continued to **July 9, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. Good cause and compelling circumstances exist to continue Sentencing. First, defense counsel has retained two different types of experts to evaluate Mr. Mozingo for sentencing mitigation. The experts have met with Mr. Mozingo on roughly six different occasions over the last three months, one as recently as April 23, 2026. They are actively working with defense counsel to complete the evaluation process. They estimate completing their reports within the next month.

Second, defense counsel is preparing for a jury trial in another case set to commence on May 18, 2026. He must devote the next three weeks to that case. Defense counsel needs additional time to submit informal objections and otherwise adequately prepare for sentencing in the instant matter.

2. The government does not object to Mr. Mozingo's continuance request.

3. For the forgoing reasons, the parties jointly request that the Judgment and Sentencing Schedule be modified as follows. U.S. Probation has been consulted and is available.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | June 11, 2026 |
| **Final PSR** | June 18, 2026 |
| **Formal Objections** | June 25, 2026 |
| **Response to Formal Objections** | July 2, 2026 |
| **Judgment and Sentencing** | July 9, 2026 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 29, 2026

/s/  Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Mozingo

Date: April 29, 2026

ERIC GRANT
United States Attorney

/s/ Jessica Delaney
JESSICA DELANEY
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Judgment
and Sentencing

-2-

*United States v. Mozingo*,
2:25CR115-DJC

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  April 30, 2026                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Judgment
and Sentencing                    -3-                    *United States v. Mozingo*,
                                                          2:25CR115-DJC