HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Mozingo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00115-DJC-1 |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ANTHONY ROBERT MOZINGO, | ) | Judge: Daniel J. Calabretta |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the 1) Request to file Under Seal and 2) Exhibits A (57 pages) and Exhibit B (15 pages) to Defendant's Sentencing Memorandum be filed under seal so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: July 6, 2026                      /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Order to Seal                                        -1-                    *United States v. Mozingo*, 2:25-cr-00115-DJC