HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Mozingo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00115-DJC-1 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Judge: Daniel J. Calabretta |
| ANTHONY ROBERT MOZINGO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the Request to file Exhibit C to Defendant's

Sentencing memorandum under seal be granted so that this information is not available on the

public docket.

These documents shall remain under seal until further Order of the Court.

Dated:  July 8, 2026                        /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

Order to Seal                          -1-          *United States v. Mozingo,* 2:25-cr-00115-DJC